AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

Fred Wagner

v.          CASE NUMBER: 1:CV-04-1133

Tuscarora School District, Board of School Directors of the Tuscarora School District, Robert Beaumont, Thomas Stapleford, Jane Rice, Geoffrey Spidel, Darla Tharp, Keith Smith and Michael Rice

FILED
HARRISBURG, PA

JAN 2 0 2006

MARY E. D'ANDREA, CLERK
Per _____

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered on all remaining claims in favor of Defendants, Tuscarora School District, Board of School Directors of the Tuscarora School District, Robert Beaumont, Thomas Stapleford, Jane Rice, Geoffrey Spidel, Darla Tharp, Keith Smith and Michael Rice, and against Plaintiff, Fred Wagner.

Date: January 20, 2006          Mary E. D'Andrea, Clerk of Court

(By) Jill Cardile, Deputy Clerk